IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **EVERLIGHT ELECTRONICS CO., LTD.,** | § | |
| *Plaintiff,* | § § § | |
| -v- | § § | **6:21-CV-00906-ADA** |
| **AMAZON.COM, INC., AMAZON.COM SERVICES LLC,** | § § § | |
| *Defendants.* | § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court finds that the technology in the above-captioned case is exceptionally complex and warrants the appointment of a technical advisor. This case involves U.S. Pat. No. 7,554,126 which is titled "Semiconductor light-emitting element, manufacturing method and mounting method of the same and light-emitting device" and relates to semiconductor device and fabrication technology. The patent is classified in the fields of Active Solid-State Devices (e.g., Transistors, Solid-State Diodes), Incoherent Light Emitter Structure (257/79) and Semiconductor Device Manufacturing: Process, Making Device or Circuit Emissive of Nonelectrical Signal (438/22). The specification discusses an LED chip which has a structure in which an n-type semiconductor layer and a p-type semiconductor layer are successively formed on the lower face of an element substrate, with the p-type semiconductor layer being formed on an area except for an area for an n-electrode. '126 Patent at Abstract. Full appreciation of the parties' upcoming arguments requires a detailed understanding of electrical engineering and semiconductor fabrication.[1]

---

[1] This is not a ruling on the skill level of a person of ordinary skill in the art.

The Court hereby appoints Dr. Joshua J. Yi to serve as the Technical Advisor for the Court in this case. Given his background and qualifications, the Court is satisfied that Dr. Yi's appointment pursuant to the terms of this Order would assist the Court in this case. Dr. Yi's contact information is as follows:

> Dr. Joshua J. Yi
> 13492 Research Blvd; Ste. 120 – #445
> Austin, TX 78750-2254
> E-mail: josh@joshuayipatentlaw.com

The parties shall send courtesy copies of the following documents no later than one business day after the date of this order or when such documents are filed:

(1) **Briefs, joint claim construction statement, and patents**: In paper form, double-sided, stapled or bound (e.g., 3-ring), to the mailing address above,
(2) **Briefs, exhibits, joint claim construction statement, patents, and tutorial**: In electronic form, on a USB drive, to the mailing address above,
(3) **Word version of the joint claim construction statement**: Via e-mail to the above email address.

If the document was filed with the Court, the copy must include the CM/ECF header.

Dr. Yi will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions. Dr. Yi may also assist the Court in drafting a claim construction order.

Finally, depending on the needs of the case, Dr. Yi may also assist the Court with motions for summary judgment, *Daubert* motions, trial preparation and rulings, post-trial motions, and any other Court task that requires an appreciation of the complex technology included in the asserted patents.

The parties are **ORDERED** to notify the Court of any conflicts with Dr. Yi within 7 days of this order.

**SIGNED** this 21st day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE