# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| EVERLIGHT ELECTRONICS CO., LTD. | § § | |
| vs. | § § | NO: WA:21-CV-00906-ADA |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC | § | |

## ORDER SETTING MARKMAN HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for MARKMAN HEARING VIA ZOOM on Friday June 10, 2022 at 09:00 AM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email to counsel of record.

SIGNED this 23rd day of May, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE