# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| EVERLIGHT ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., and AMAZON.COM SERVICES LLC <br><br> Defendants. | Case No.  6:21-cv-906-ADA-DTG |

## JOINT MOTION TO STAY ALL DEADLINES

    Plaintiff Everlight Electronics Co., Ltd. ("Everlight"), by and through its counsel, and Defendants Amazon.com, Inc. and Amazon.com Services LLC ("Amazon"), by and through their counsel, each a "Party" and collectively referred to hereafter as "the Parties," hereby jointly move the Court for a stay of all deadlines in this matter.  The Parties have reached a settlement in principle and are working diligently to finalize and memorialize a settlement agreement.  In light of the ongoing settlement discussions, the Parties respectfully request that the Court stay all deadlines for thirty (30) days while the parties continue working towards a final settlement agreement.

| | |
|---|---|
| Dated: November 10, 2022 | Respectfully submitted,<br><br>/s/ Jeffrey T. Lindgren<br>Jeffrey T. Lindgren<br>(admitted *pro hac vice*)<br>Richard C. Vasquez<br>(admitted *pro hac vice*)<br>Eric W. Benisek<br>(admitted *pro hac vice*)<br>Robert S. McArthur<br>(admitted *pro hac vice*)<br>Vasquez Benisek & Lindgren LLP<br>1550 Parkside Drive, Ste 130<br>Walnut Creek, CA 94596<br>Tel: (925) 627-4250<br>Email: jlindgren@vbllaw.com<br>Email: rvasquez@vbllaw.com<br>Email: ebenisek@vbllaw.com<br>Email: mcarthur@vbllaw.com<br><br>William E. Davis III<br>The Davis Firm P.C.<br>Texas Bar No. 24047416<br>213 North Fredonia, Suite 230<br>Longview, TX<br>Tel: (903) 230-9090<br>Email: bdavis@davisfirm.com<br><br>*Attorneys for Plaintiff Everlight Electronics Co., Ltd.*<br><br>/s/ Jennifer J. Schmidt<br>Stefani E. Shanberg (TX Bar No. 24009955)<br>sshanberg@mofo.com<br>Jennifer J. Schmidt (admitted *pro hac vice*)<br>jschmidt@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market St.<br>San Francisco, CA 94105<br>Tel: (415) 268-7000<br><br>Kyle W.K. Mooney (admitted *pro hac vice*)<br>kmooney@mofo.com<br>Eric W. Lin (admitted *pro hac vice*)<br>elin@mofo.com<br>MORRISON & FOERSTER LLP |

NY-2472661

250 West 55th Street
New York, NY 10019-9601
Tel: (212) 468-8000

Brian C. Nash (TX Bar No. 24051103)
bnash@mofo.com
MORRISON & FOERSTER LLP
701 Brazos Street, Suite 1100
Austin, TX 78701
Tel: (737) 309-0700

*Attorneys for Defendants Amazon.com, Inc.
and Amazon.com Services LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing: Joint Motion To Stay All Deadlines is being served on this November 10, 2022, via email on all counsel of record for Defendants Amazon.com, Inc. and Amazon.com Services LLC, each of whome is deemed to have consented to electronic service.

*/s/ Jeffrey T. Lindgren*

Jeffrey T. Lindgren